**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TERMAIN M. WELLS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:14-mc-00789** |
| | ) | |
| **ASHLEY DENISE PRESTON,** | ) | **Judge Sharp** |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Before the Court is a complaint filed *pro se* by plaintiff Termain M. Wells against his former attorney, Ashley Denise Preston. Presently pending is the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. (ECF No. 4.) Because it is apparent from his submission that the plaintiff lacks sufficient financial resources from which to pay the full filing fee in advance, the application (ECF No. 4) is **GRANTED**.

However, having granted the plaintiff leave to proceed as a pauper, the Court must also conduct an initial review of the complaint pursuant to 28 U.S.C. § 1915(e)(2), and must dismiss the complaint *sua sponte*, prior to service upon the defendant, if the Court finds that it fails to state a colorable claim over which this court has jurisdiction.

As set forth in the accompanying Memorandum Opinion, the Court finds that the complaint fails to state a claim over which this Court has jurisdiction.

Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

This is a final order for purposes of Fed. R. Civ. P. 58.

_____
Kevin H. Sharp
United States District Judge